# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 28, 2023
Lyle W. Cayce
Clerk

No. 22-10983

_____

In the Matter of Highland Capital Management, L.P.

*Debtor*,

The Dugaboy Investment Trust,

*Appellant*,

versus

Highland Capital Management, L.P.,

*Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-1295

_____

Before Wiener, Southwick, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.